IN THE COURT OF COMMON PLEAS
1200 Ontario St, Cleveland, OH 44113
CUYAHOGA COUNTY, OHIO

State of Ohio ) Case No: 1:17cr236-4
) DONALD C. NUGENT
-vs- ) Judge: CARL B. STOKES
)
PARSIA MOHAMADI )
Defendant )
SO# 0325407

MOTION TO REINSTATE BOND

_Parsia Mohamadi_, Defendant moves this Court to _file motion for a new hearing to reinstate my bond._

_____
Defendant
CUYAHOGA COUNTY JAIL
P.O. BOX 5600
CLEVELAND, OHIO 44101
Address

HOUSING: J2-04-C