IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17 CR 00236 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | DEFENDANT PARISA |
| | ) | MOHAMADI'S MOTION |
| PARISA MOHAMADI | ) | FOR RELEASE FROM |
| | ) | DETENTION |
| Defendant | ) | |

Now comes the Defendant, PARISA MOHAMADI, by and through counsel, James A. Jenkins, and requests this Honorable Court conduct a hearing at the Court's earliest convenience in order to consider allowing the accused to be at liberty during the pendency of her case. She is willing to reside at The City Mission's "Laura's Home Crisis Center" and agrees to submit to any and all reasonable conditions. Chaplain Brent Richards has agreed to give Ms. Mohamadi this opportunity as reflected in the attached February 12, 2018 letter.

Respectfully submitted,

/s/ *James A. Jenkins*

JAMES A. JENKINS (0005819)
55 Public Square, #2100
Cleveland, Ohio 44113
216/363-6003
Facsimile: 216/363-6013
jajenkins49@hotmail.com

SERVICE

I hereby certify that on February 15, 2018, copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Jenkins*
JAMES A. JENKINS
Attorney for Defendant