# the City Mission

*Reaching Hearts. Changing Lives.*

5310 Carnegie Ave. Cleveland, OH 44103 • ph. (216) 431-3510 • fax (216) 472-1058

www.thecitymission.org

## INMATE OUTREACH SERVICES

**TO: Ms. Parisa Mohamadi**                              DATE: February 12, 2018

Thank you for your interest in our **Laura's Home Crisis Center**, a residential program serving at-risk single women and women with children via Christ-centered onsite programming, helping also as a meaningful and safe bridge back to the local church and community. We are also utilized as a reentry based post-release sight for those releasing from federal, state, and jail institutions, whether under P.O. supervision or not. ***Please Note: Those coming by court release or Parole Board/APA placements through contact with Inmate Outreach Services will be entered into the long-term programming process at our earliest opportunity.***

In addition to meeting basic immediate needs (shelter, food, and clothing), we offer to those wishing such, our deeper level of helpful program service plan elements such as connections to mental health assessments and on-going counseling, MH classes, Intensive Outpatient Treatment where indicated, anger management, continued education, employment readiness, resource guidance, individual case management, and onsite service assignments where clients practice proper workplace expectations. Additional class courses include an array of life skills training, including basic computer skills, budget training, fathering initiatives, and other support group participation opportunities as it is indicated by ongoing case manager assessments.

Upon entering Laura's Home, women will be assessed by our intake staff to determine how The City Mission can help. Those wishing simply shelter care will work with our staff to determine length of stay and other program options available to help them, if they wish. Those entering the long-term program will be assigned individual case managers to help craft their individualized service plan requirements tailored to their needs and ability to help address and overcome the contributing factors that led them into crisis. Upon program end, women will be equipped to be successful in employment and housing and become a thriving member of the community.

Enclosed you will find a short questionnaire and a self-addressed, postage paid envelope for your convenience to return it with questions or comments you may have. On our end, you would be welcome once you have read and familiarized yourself with our program information and returned your questionnaire.

Please also note that we are not a contracted treatment facility with the County, City, or State. We are a crisis center utilizing successful Christian discipleship applications and helpful reentry training and resources. If you would like to participate in our program and the court or APA approves your post-release placement here, you are welcome. Though we do not initiate such communications, your attorney, judge, or court officer is welcome to contact us at 216-431-3510, ext. 245, or email Inmate Outreach Services at brichards@thecitymission.org.

If you receive a prison term, we would be glad to add you to our mailing/fellowship list, including monthly mailings and twice a year group meeting visits to your facility. You are also welcome to Laura's Home programming as a Reentry resource at the end of your sentence, whether under P.O. supervision or upon expiration of sentence.

We look forward to continuing in Christian fellowship with you. May God bless as you trust in Him for your future.

*The Inmate Outreach Services Team*
*Chaplain Brent Richards, Manager    Chaplain Dustin Richards, Assistant*
*"Locked in to Bringing Christ's Freedom to those Locked Up"*

(Please Turn Page OVER For More Program Specifics)

Crossroads' Men's Crisis Center    Laura's Home Women's Crisis Center    Inmate Outreach Services